**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-27275-CIV-ALTONAGA**

**JESUS ALEXIS ESCOBAR HERRERA**,

Petitioner,

v.

**GARRETT J. RIPA**, *et al.*,

Respondents.

_______________________________________/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. In its October 16, 2026 Order [ECF No. 4], the Court dismissed Petitioner, Jesus Alexis Escobar Herrera's Petition [ECF No. 1] as a shotgun pleading. (*See* Oct. 16, 2026 Order 2).[1] The Court gave Petitioner until October 23, 2026, to "submit an amended petition curing the foregoing deficiency." (*Id.*). To date, Petitioner has neither filed an amended petition nor sought additional time to do so. A district court has "the inherent ability to dismiss a claim in light of 'its authority to enforce its orders and provide for the efficient disposition of litigation.'" *Schmitt v. U.S. Off. of Pers. Mgmt.*, 403 F. App'x 460, 461 (11th Cir. 2010) (quoting *Zocaras v. Castro*, 465 F.3d 479, 483 (11th Cir. 2006)).

Thus, it is **ORDERED** that the case is **DISMISSED without prejudice**. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, this 28th day of October, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.